No. 707, Misc. COOPER ET AL. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James C. Newton* for petitioner. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 714, Misc. DAVIS *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 724, Misc. DUCHON *v.* MISSOURI ET AL. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Calvin K. Hamilton,* Assistant Attorney General, for respondent.

No. 738, Misc. NEWMAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 763, Misc. KIRKWOOD *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Warren J. Carey* for petitioner. *Grenville Beardsley,* Attorney General of Illinois, for respondent.

No. 764, Misc. MARTINEZ *v.* SOUTHERN UTE TRIBE. C. A. 10th Cir. Certiorari denied. *Bentley M. McMullin* for petitioner. *LaVerne H. McKelvey* and *R. Franklin McKelvey* for respondent.

No. 773, Misc. SCHENCK *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. Victor H. Blanc* for respondent.